[No. 9,117.  In Bank.—May 9, 1884.]

GEORGE ROUGH, APPELLANT, *v.* GEORGE SIMMONS, RESPONDENT.

PLEADING—SUFFICIENCY OF COMPLAINT—ACTION TO QUIET TITLE.—A complaint which alleges that plaintiff is the owner and in possession of certain land, and that the defendant claims an estate or interest therein, but has none, states a cause of action.

APPEAL from a judgment of the Superior Court of the county of Siskiyou.

A general demurrer was interposed to the complaint, and sustained by the court. The plaintiff failed to amend, and judgment for defendant was rendered.

The case is fully stated in the opinion of the court.

*W. H. H. Hart,* for Appellant.

*H. B. Gillis,* and *Calvin Edgerton,* for Respondent.

The COURT.—The complaint alleges that plaintiff is the owner and in possession of the easterly 11 42-100 acres of the Colonel Limberger Placer Mine, and that defendant claims an estate or interest therein adverse to the plaintiff, which claim is without right, and that defendant has no estate, right, title, or interest in the said 11 42-100 acres, etc. A general demurrer to the complaint was sustained by the Superior Court. This was error.

Judgment reversed and cause remanded, with direction to the court below to overrule the defendant's demurrer to the complaint.